UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JON JASON KING,<br><br>             Plaintiff,<br><br>      v.<br><br>WCC STAFF, et al.,<br><br>             Defendants. | CASE NO. C16-466 BHS-KLS<br><br>ORDER GRANTING EXTENSION TO AMEND OR TO SHOW CAUSE |

On May 25, 2016, plaintiff was granted leave to proceed *in forma pauperis*. Dkt. 5. After review of his complaint, however, the Court declined to direct service because the complaint is deficient. Plaintiff was given an opportunity to show cause why his complaint should not be dismissed or to file an amended complaint by June 30, 2016. Dkt. 7. Plaintiff now seeks an extension, until July 29, 2016, to file his amended complaint. Dkt. 8. Plaintiff states that Stafford Creek Corrections Center where he is incarcerated is on a modified lockdown and his access to the library has been hindered. *Id.*

Accordingly, it is **ORDERED:**

1.       Plaintiff's motion (Dkt. 8) is **GRANTED.** Plaintiff shall show cause why his complaint should not be dismissed or may file an amended complaint to cure, if possible, the deficiencies noted in the Court's February 25, 2016 Order, **on or before July 29, 2016.**

2. The Clerk is directed to send a copy of this Order to plaintiff.

**DATED** this 17th day of June, 2016.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING EXTENSION TO AMEND
OR TO SHOW CAUSE- 2